ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone:   (408) 295-0137
Facsimile:   (408) 295-0142

Attorneys for BRONYA TROSTENETSKY, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRONYA TROSTENETSKY,<br><br>Plaintiff,<br><br>vs.<br><br>THE KEYS CONDOMINIUM OWNERS ASSOCIATION, a business entity form unknown; and DOES 1-10, Inclusive,<br><br>Defendants | Case No. 3:17-cv-04167-RS<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between Plaintiff BRONYA TROSTENETSKY ("Plaintiff") and Defendant THE KEYS CONDOMINIUM OWERS ASSOCIATION ("Defendant")(collectively, the "Parties"), through their undersigned counsel, that the Case Management Conference currently scheduled for August 16, 2018 at 10:00 AM be continued to October 4, 2018 at 10:00 AM or a date sometime thereafter that is most convenient to the Court. The Parties believe that good cause exists based on the following:

1. On May 2, 2018 the Parties took part in a Court sponsored mediation. Although no settlement was reached, the Parties agreed to hold another mediation session with another mediator.

2. The parties stipulated and the Court ordered that the case be once again referred to mediation. (Dkt. No. 51).

3. On June 6, 2018 the ADR Unit appointed Michael J. Timpane, Esq. as a mediator.

4. On July 25, 2018 the Parties took part in a pre-mediation call with Mr. Timpane. During the pre-mediation call the parties agreed to hold a second pre-mediation call during which they intend to agree on an actual mediation date. The second pre-mediation call is scheduled for August 14, 2018.

5. The Parties anticipate that they will be able to complete mediation before the end of September, 2018.

Respectfully submitted,

Dated: August 8, 2018         ALLACCESS LAW GROUP

By: */s/ Irakli Karbelashvili*
IRAKLI KARBELASHVILI, Attorney for
Plaintiff BRONYA TROSTENETSKY

Dated: August 9, 2018         HARTSUYKER, STRATMAN & WILLIAMS-ABREGO

By: */s/ Robert M. Maltz*
ROBERT M. MALTZ, Attorney for DEFENDANT
THE KEYS CONDOMINIUM OWNERS
ASSOCIATION

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on August 9, 2018, I, received the concurrence of Robert M. Maltz, Esq. in the filing of this document

By:*/s/ Irakli Karbelashvili*
IRAKLI KARBELASHVILI

**[~~PROPOSED~~] ORDER**

Having reviewed the above stipulation, and for good cause shown, IT IS ORDERED that the Case Management Conference currently scheduled for August 16, 2018 be rescheduled to October 4, 2018 at 10:00 AM.

Dated: 8/9/18

United States District Judge

Page 4 of 4

Case No. 3:17-CV-04167-RS
Second Stipulation and [Proposed] Order Continuing the Case Management Conference