ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone:   (408) 295-0137
Facsimile:   (408) 295-0142

Attorneys for BRONYA TROSTENETSKY, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRONYA TROSTENETSKY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE KEYS CONDOMINIUM OWNERS ASSOCIATION, a business entity form unknown; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants | Case No. 3:17-cv-04167-RS<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]  ORDER CONTINUING THE ORDER TO SHOW CAUSE HEARING** |

IT IS HEREBY STIPULATED by and between Plaintiff BRONYA TROSTENETSKY ("Plaintiff") and Defendant THE KEYS CONDOMINIUM OWERS ASSOCIATION ("Defendant")(collectively, the "Parties"), through undersigned their undersigned counsel, that the order to show cause hearing scheduled for January 17, 2019 at 1:30 p.m. be continued to January 24, 2019 at 1:30 p.m. or a date sometime thereafter that is most convenient to the Court. The Parties have executed a settlement agreement which calls for a satisfaction of certain terms

by Defendant prior to the filing of a stipulated dismissal. Defendant needs some additional time. The Parties believe they will be able to file dismissal documents on or before January 23, 2019.

Respectfully submitted,

Dated: January 16, 2019        ALLACCESS LAW GROUP

By: */s/ Irene Karbelashvili*
IRENE KARBELASHVILI, Attorney for Plaintiff
BRONYA TROSTENETSKY

Dated: January 16, 2019        HARTSUYKER, STRATMAN & WILLIAMS-ABREGO

By: */s/ Robert M. Maltz*
ROBERT M. MALTZ, Attorney for DEFENDANT
THE KEYS CONDOMINIUM OWNERS ASSOCIATION

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on January 16, 2019, I, received the concurrence of Robert M. Maltz, Esq. in the filing of this document

By:*/s/ Irene Karbelashvili*
IRENE KARBELASHVILI

**[~~PROPOSED~~] ORDED**

Having reviewed the above stipulation, and for good cause shown, IT IS ORDERED that the Order to Show Cause hearing currently scheduled for January 17, 2019 be rescheduled to __January 31__, 2019 at 1:30 p.m. The hearing shall be automatically vacated if dismissal documents are filed on or before __January 30, 2019__.

Dated: __1/17/19__

United States District Judge