ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for BRONYA TROSTENETSKY, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRONYA TROSTENETSKY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE KEYS CONDOMINIUM OWNERS ASSOCIATION, a business entity form unknown; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants | Case No. 3:17-cv-04167-RS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION OVER THE SETTLEMENT AGREEMENT** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff BRONYA TROSTENETSKY ("Plaintiff") and Defendant THE KEYS CONDOMINIUM OWERS ASSOCIATION ("Defendant")(collectively, the "Parties"), through undersigned their undersigned counsel, that that this action be dismissed with prejudice in its entirety. Each side is to bear her/its own attorneys' fees, costs, and litigation expenses. The Parties FURTHER STIPULATE and request

that the Court retain jurisdiction over enforcement of the terms of the settlement agreement which terms are conditioned upon future remediation.

Respectfully submitted,

Dated: January 21, 2019     ALLACCESS LAW GROUP

By: */s/ Irakli Karbelashvili*
IRAKLI KARBELASHVILI, Attorney for Plaintiff BRONYA TROSTENETSKY

Dated: January 22, 2019     HARTSUYKER, STRATMAN & WILLIAMS-ABREGO

By: */s/ Robert M. Maltz*
ROBERT M. MALTZ, Attorney for DEFENDANT THE KEYS CONDOMINIUM OWNERS ASSOCIATION

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on January 22, 2019, I, received the concurrence of Robert M. Maltz, Esq. in the filing of this document

B*y:/s/ Irakli Karbelashvili*
IRAKLI KARBELASHVILI

**[~~PROPOSED~~] ORDED**

Having reviewed the above stipulation, and for good cause shown, this action is dismissed with prejudice with each side bearing her/its own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement.

Dated: 1/23/19

*/s/ Richard Seeborg*
United States District Judge